HUCK *v.* STORMFELTZ-LOVELEY CO.

CIRCUIT COURT COMMISSIONERS—FORECLOSURE SALE—VENDOR AND
PURCHASER.

> Where, at commissioner's sale on foreclosure of land contract,
> bid of vendors' agent for all property was greater than sum
> of all bids for separate parcels, sale to said agent was proper;
> it being duty of commissioner to realize largest amount pos-
> sible on said sale.

Appeal from Wayne; Toms (Robert M.), J.  Sub-
mitted October 14, 1932.  (Docket No. 101, Calendar
No. 36,739.)  Decided December 6, 1932.  Rehearing
denied March 2, 1933.

Bill by Otto Huck and another against Storm-
feltz-Loveley Company, a Michigan corporation, to
foreclose a land contract.  Decree for plaintiffs.
From order confirming sale, defendant appeals.
Affirmed.

*Harry Helfman* and *Harold Goodman,* for plain-
tiffs.

*George E. Brand,* for defendant.

POTTER, J.  Plaintiffs filed a bill to foreclose a
land contract entered into with defendant on ac-
count of defendant's default.  They had decree.
Sale of the premises was had.  Defendant objected
to the confirmation by the court of the report of
the sale by the circuit court commissioner.  It was
not confirmed.  Subsequently a new sale was had
and reported by the commissioner to the circuit
court.  Defendant again objected to the confirma-

tion of the sale. The sale was confirmed by the court. Defendant appeals.

The notice of the second sale followed the terms of the decree. One Schroeder was present at the sale. No other bidders were attracted thereby. Schroeder bid $100 for lot No. 439. He made no other bid. It was the duty of the commissioner on the sale to realize from the sale of the property the largest amount possible. Schroeder made a bid of $100 for one lot. Counsel representing plaintiffs made a bid of $75,000 for all the property. This amount was greater than the sum of all of the bids for separate parcels. The property was struck off to plaintiffs. We think the sale was regular.

Decree of the trial court affirmed, with costs.

CLARK, C. J., and MCDONALD, SHARPE, NORTH. FEAD, WIEST, and BUTZEL, JJ., concurred.